David M. Cook, Bar # 7043
Attorney for the Debtor(s)
716 East 4500 South, Ste. N240
Salt Lake City, UT 84107
Phone: (801) 264-0699
E-mail: cook@utlawyer.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE:   James Herman<br><br>Address: 13836 S. 2200 W., Bluffdale, UT 84065<br>Last four digits of Social Security No: xxx-xx-3282<br><br>Debtor(s). | Bankruptcy No. 15-20236<br>Chapter 13<br>Filed Electronically |

**Debtor(s)' Objection to Proof of Claim No. 2**

Debtor(s), by and through attorney David Cook, hereby objects to and moves this court for an Order disallowing, reclassifying, or reducing the following claim:

| Claim No. | Claimant | Basis for Disallowance, Reclassification, or Reduction. |
|---|---|---|
| 2 | American Honda Finance Corporation | This claim was paid in full and nothing is owed for it, the creditor sent title to the 2005 Honda ATV to Debtor which is in his possession. This claim should be disallowed. |

WHEREFORE, Debtor(s) requests that the above-referenced claim be accordingly disallowed, reduced or reclassified, or that such other relief be granted as is fair and equitable.

Dated: August 7, 2015.

                                      /s/     David M. Cook
                                      Attorney for the Debtor(s)